UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE MAY

    Plaintiff,

vs.

INTRACORP ENTERTAINMENT, INC.
and LEIGH M. ROTHSCHILD, Jointly and
Severally,

    Defendants
_____/

CASE NO. 96-2732
CIV-FERGUSON
MAGISTRATE JUDGE BROWN

## SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that on October 4, 1996, a Voluntary Petition under Chapter 11 of Title 11 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Southern District of Florida on behalf of the Defendant/Debtor, case name and number being as follows:

    **IN RE: INTRACORP ENTERTAINMENT,INC.**

    **Case No. 96-16276-BKC-RAM**

Pursuant to 11 USC § 362, a Stay Order is in effect which prohibits certain actions from being taken against the Defendant/Debtor absent prior authorization from The United States Bankruptcy Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Filing Bankruptcy was furnished by U.S. Mail to George May at P.O. Box 32247, Palm Beach Gardens, Florida 33420 this 25th

KLUGER, PERETZ, KAPLAN & BERLIN, P.A.   1970 MIAMI CENTER, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131
MIAMI: (305) 379-9000   BROWARD: (305) 728-8100   BOCA RATON: (407) 997-8899

day of October, 1996.

KLUGER, PERETZ, KAPLAN & BERLIN, P.A.
Attorneys for Debtor/Defendant
1970 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
305/379-9000

By: _____
Michael D. Seese
Fla. Bar No. 997323

S:\24030024\pleading\N-Fil.bkc

KLUGER, PERETZ, KAPLAN & BERLIN, P.A.   1970 MIAMI CENTER, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131
MIAMI: (305) 379-9000   BROWARD: (305) 728-8100   BOCA RATON: (407) 997-8899